# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY A. KINNETZ REVOCABLE TRUST, | |
| Plaintiff, | Case No. 4:25-CV-04134-CCT |
| vs. | |
| BENAIAH HOLDINGS, INC., BENAIAH CAPITAL, LLC, BENAIAH DIGITAL, LP, BENAIAH DIGITAL FIXED INCOME, LP, BENJAMIN PAUL WIENER, individually; JOSHUA DEWITT, individually, and CHRISTOPHER CHARLES HMIELEWSKI, individually, | |
| Defendants. | |

# FIRST RECEIVER'S REPORT TO THE COURT

September 29, 2025

# TABLE OF CONTENTS

SUMMARY .......................................................................................................... 1

RECEIVERSHIP PROPERTY ............................................................................. 2

    Benaiah Capital General Partnership Interests .............................................. 2

    Cash Accounts ................................................................................................ 2

    Digital Currency Accounts ............................................................................ 3

    Loan to GP ..................................................................................................... 3

    Wiener Representations Regarding Receivership Property ............................ 5

ACTIVITIES OF THE RECEIVER ..................................................................... 5

    Books and Records ........................................................................................ 5

    Assessment of Benaiah Capital Accounting and Financial Reporting .......... 6

    Assessment of Benaiah Digital & Benaiah Fixed Accounting and Financial Reporting ......... 7

    Analysis of Cash and Digital Asset Transactions ......................................... 8

    Notice to Creditors and Parties-In Interest ................................................... 8

    Judgments Creditors & Other Litigation ....................................................... 8

    Retention of Professionals ............................................................................. 9

## SUMMARY

On August 15, 2025, the South Dakota District of the United States District Court issued an Order Granting Timothy A. Kinnetz Revocable Trust's Motion To Appoint A Receiver ("Receivership Order") appointing Lighthouse Management Group, Inc. (the "Receiver" or "Lighthouse") as a receiver under Federal Rule of Civil Procedure 66 and other applicable law over Benaiah Capital, LLC ("Benaiah Capital") and Benaiah Digital, LP ("Benaiah Digital," and together with Benaiah Capital, the "Benaiah Entiti

The Receivership Order requires the Receiver to file with the Court, within forty-five (45) days of the order's entry, a report of actions taken by the Receiver in connection with the management of Receivership Property, including but not limited to an inventory of property of which the Receiver has taken possession. This first report includes a preliminary inventory of Receivership Property and describes actions taken by the Receiver since its appointment.

During the hearing of the Plaintiff's motion to appoint a receiver, the Court indicated that it intended to grant the Plaintiff's motion to appoint a receiver over Benaiah Capital and Benaiah Digital but did not intend to include Benaiah Digital Fixed Income, LP ("Benaiah Fixed") in the receivership. However, Benaiah Capital is Benaiah Fixed's general partner and Benaiah Fixed's partnership agreement states that its general partner holds "exclusive management and control" over Benaiah Fixed. The Receiver, Defendant, and Plaintiff, along with their counsel, have discussed this issue and unanimously concluded that since Benaiah Capital is in receivership, Benaiah Fixed and its assets are also Receivership Property as defined in the Receivership Order, until or unless the Court issues an order placing Benaiah Fixed under the control of a party other than its general partner.

To date, the Receiver has not located a significant amount of Receivership Property. No cash accounts have been found. A total of approximately $888 of digital currency has been located in thirteen digital exchange accounts and wallets. It does not appear that the Benaiah Entities own personal or real property other than digital assets.

The Receiver is in the process of a forensic analysis of cash transactions based on bank statements and other documents that the Receiver has been able to obtain. The Receiver expects to submit a second report to the Court with its preliminary findings within the next several days.

## RECEIVERSHIP PROPERTY

The Receiver's primary focus since its appointment has been to locate and take control of Receivership Property. Unfortunately, only approximately $888 of Receivership Property has been located to date.

Benaiah Capital's assets located by the Receiver include:

- General partner membership interest in Benaiah Digital; and
- General partner membership interest in Benaiah Fixed.

Assets of Benaiah Digital and Benaiah Fixed located by the Receiver include:

- Digital assets held in exchange accounts and wallets; and
- Digital assets identified in financial reporting as "Loan to GP."

Assets of Benaiah Entities may also include cash or digital assets held in exchange accounts or wallets currently undiscovered by the Receiver. Assets may also include claims against other parties.

### Benaiah Capital General Partnership Interests

Benaiah Capital's assets consist of general partnership interests in Benaiah Digital and Benaiah Fixed.

### Cash Accounts

The Benaiah Entities maintained bank accounts at PeoplesBank. These accounts, along with an account held by Benaiah Custodial, were closed prior to the Receiver's appointment after the bank received a notice of levy from a judgment creditor on July 29, 2025. The total balance of these accounts on the date the levy was received was $99.92.

Table 1 Bank Account Balances as of July 29, 2025

| Benaiah Entity | Amount |
|---|---|
| Benaiah Capital | $32.94 |
| Benaiah Digital | $47.10 |
| Benaiah Fixed | $19.88 |
| **Total** | **$99.92** |

**Digital Currency Accounts**

Benaiah Digital and Benaiah Fixed have digital exchange accounts and wallets on several digital exchanges. A former employee assisted the Receiver in gaining access to 1Password, a password manager utilized by Benaiah Capital to store usernames, passwords, wallet ids, and other logon credentials for digital exchanges and wallets.

**Exhibit A** is a schedule of twenty-one digital exchange accounts with login credentials contained in 1Password. The Receiver has been able to gain access to thirteen of these accounts with the login credentials contained in 1Password. The value of the digital assets held in these accounts is approximately $888.

Table 2 Schedule of Benaiah Digital and Benaiah Fixed Digital Currency Accounts

| Exchange | Benaiah Digital NAV Nov 24 | Benaiah Digital 08/15/25 | Benaiah Fixed NAV Nov 24 | Benaiah Fixed 08/15/25 |
|---|---|---|---|---|
| Anchorage | $10,435 | No access | | |
| BlockFills | $581,370 | No access | | |
| DEX | $90,338 | No access | $1,334 | No access |
| Kraken | $1,004 | $265 | | |
| KuCoin | $0 | $0 | $0 | $0 |
| MEXC | $16,910 | $567 | $5 | $0 |
| Nexoprime | $151 | $56 | | |
| Others-ETH | $2 | No access | | |
| | **$700,211** | **$888** | **$1,339** | **$0** |

In January 2025, KuCoin plead guilty to unlicensed money transmissions, agreed to pay penalties totaling $300 million, and to exit the US market for at least two years. As a result, the KuCoin accounts are only accessible after establishing a VPN to "spoof" the user's login location so that it appears to be outside the United States.

The Receiver is unable to login to eight of the digital accounts with the information provided. The Receiver is investigating whether the login credentials have been changed or if the accounts are inactive.

**Loan to GP**

Starting in 2022, cash and digital currency was transferred from Benaiah Digital and Benaiah Fixed to accounts purported to be held by Benaiah Capital referred to as "Loan to GP." Former

employees claim that the Loan to GP accounts were under Benjamin Wiener's ("Wiener") sole control and Wiener was the only individual able to access these accounts. **Exhibit B** is a letter provided to Benaiah Capital's outside accountant regarding the purported purpose of the Loan to GP.

Wiener states that there are no loan documents related to Loan to GP and denies that the funds held in Loan to GP are actually a loan. It appears that Formidium, the prior fund administrator, took the position that these funds were loans to the general partner because the funds were moved out of accounts held by Benaiah Digital or Benaiah Fixed and that NAV continued this practice when it replaced Formidium as the fund administrator. Wiener claims the assets are in "sub accounts" under a main account controlled by Benaiah Capital. There is no Loan to GP liability or corresponding investment account included in Benaiah Capital financial reporting obtained by the Receiver from Benaiah Capital's outside accountant.

Fund administrators typically have direct access to bank accounts and digital asset accounts for the purpose of confirming trading activity and asset transfers. Neither Formidium or NAV could access the Loan to GP accounts.[1] It appears that NAV relied solely on information and representations from Wiener regarding the cash balance, and the quantity and type of digital assets held in Loan to GP. The result of this arrangement is that the fund administrators ability to independently verify account holdings, one of their essential functions, was essentially circumvented.

**Exhibit C** are the Benaiah Capital and Benaiah Fixed Balance Sheets as of November 2024, the last period reports were provided by NAV. The reports indicate that 99.5% of Benaiah Digital's assets and 100% of Benaiah Fixed's assets were held in Loan to GP.

**Table 3 Benaiah Digital and Benaiah Fixed Balance NAV's November 2024 Reports**

| Fund | Loan to GP | Other | Total |
|---|---|---|---|
| Benaiah Digital | $5,156,324 | $24,252 | $5,180,576 |
| Benaiah Fixed | $896,993 | ($313,312) | $583,681 |
| **Total** | **$6,053,317** | **($289,060)** | **$5,764,258** |

---

[1] Wiener claims the fund administrator did have API access to the subaccounts. He also claims that Josh DeWitt and another employee had access. Josh DeWitt has represented to the Receiver that he did not have access to any Loan to GP accounts.

It appears that investors were under the mistaken belief that use of a third party fund administrator meant that their account balances were independently verified for accuracy. The fact that NAV had zero ability to verify digital asset quantities or value and relied 100% on Wiener's representations is troubling.[2]

**Wiener Representations Regarding Receivership Property**

On August 21, 2025, the Receiver met with Wiener and Wiener's counsel. When asked what assets are owned by Benaiah Capital, Wiener did not identify any assets other than Benaiah Capital's general partnership interests. **Exhibit D** is a transcript of the discussion regarding Benaiah Capital's assets.

Wiener claims that Benaiah Digital holds digital assets totaling approximately $6.0 million that are in cold storage or staked, and that approximately $2.0 million of these digital assets are held in Loan to GP accounts. Wiener also claims that he is unable to access the digital assets because the keys necessary to gain access are stored on electronic devices in the possession of Federal law enforcement. **Exhibit E** is a transcript of the discussion regarding Benaiah Digital's assets.

**Exhibit F** is a transcript of the discussion regarding Loan to GP.

The Receiver continues to investigate what cash and digital assets may exist but has doubts regarding the validity of Wiener's representations given the inconsistency between Wiener's claims and records reviewed by the Receiver.

## ACTIVITIES OF THE RECEIVER

**Books and Records**

The Receiver's efforts to locate Receivership Property have been hampered by the lack of access to corporate records and financial information.

---

[2] NAV's service agreement states that NAV may rely upon representations from the fund.

Certain corporate records of Benaiah Capital are maintained in a "Benaiah Capital" Teams folder on an Office365 SharePoint site believed to be licensed to Benaiah Holdings. The Receiver demanded, and was granted by a third-party service provider, access to the "Benaiah Capital" folder contained on the SharePoint site on August 22, 2025.

Financial reporting, cap tables, investor records, and other corporate records of Benaiah Capital and the Funds are stored on the same SharePoint sites in an "Accounting" folder. Wiener refused to allow the Receiver access to this folder on the basis that Receivership Property contained in the Accounting folder is commingled with the records of other Benaiah related entities. Wiener also disclosed that he maintains certain corporate records on local devices outside of SharePoint but has not identified what those records are.

Wiener has provided copies of some of the corporate, investor, and accounting documents requested by the Receiver but has not divulged where these documents are stored.

Notably absent from records that were turned over to the Receiver are vendor invoices, bank statements, accounts payable and receivable records, and similar financial information. Some documentation regarding investor and loan transactions has been provided but the documentation provided is incomplete.

Given the lack of accounting and corporate records provided by the Respondents, the Receiver is in the process of obtaining records from related parties such as PeoplesBank, NAV, outside accountants, investors, digital exchanges, and others. The Receiver continues to review this information as it becomes available.

The Receiver has also interviewed related parties including Wiener, Christoper Hmielewski ("Hmielewski") , former employees, NAV, judgment creditors, investors, and others to gain a better understanding of Benaiah Capital's business operations. The Receiver has also talked with federal law enforcement agencies regarding what information and assets are available to the Receiver.

**Assessment of Benaiah Capital Accounting and Financial Reporting**

Benaiah Capital did not utilize accounting software or general ledgers in its business operations. Instead, Benaiah Capital maintained a spreadsheet to track cash transactions and to create an

annual Income Statement and Balance Sheet. Benaiah Capital's outside accountant provided the Receiver with the spreadsheets it received from Benaiah Capital for the years 2021, 2022, and 2023. Benaiah Capital's accountant prepared annual tax returns but did not provide financial reporting services. The last completed tax return was 2023.

No spreadsheets, or any other financial accounting have been located for 2024 or 2025. Wiener claims that no spreadsheets have been maintained and that no accounting, or other financial reporting exists for 2024 and 2025.

Benaiah Capital's spreadsheets for 2021 to 2023 demonstrate that Benaiah Capital was not generating enough cash from operations to pay its obligations as they came due. Between 2021 and 2023, Benaiah Capital's cumulative losses totaled $944,758. Whereas no financial statements have been located for 2024 or 2025, bank records reviewed by the Receiver indicate that Benaiah Capital continued to generate negative cash flow in 2024 and 2025.

**Table 4 Benaiah Capital Revenue and Income 2021-2023**

|  | 2021 | 2022 | 2023 |
|---|---|---|---|
| Revenue | $140,850 | $150,253 | $361,731 |
| Net Income | $7,040 | ($444,914) | ($506,884) |
| **Cumulative Net Income** | **$7,040** | **($437,874)** | **($944,758)** |

**Assessment of Benaiah Digital & Benaiah Fixed Accounting and Financial Reporting**

Benaiah Digital and Benaiah Fixed engaged third party fund administrators to provide monthly investor statements, internal accounting, and financial reporting. Formidium, was engaged to provide these services from July 2021 through June 2023. NAV provided these services to Benaiah Digital, Benaiah Fixed, and Benaiah Custodial through November 2024.

On February 5, 2025, NAV terminated its service contracts with all three Funds. According to NAV, the contracts were terminated because the Funds failed to provide the information necessary for NAV to perform the services required of them. Specific issues include:

- Lack of information and documentation of the Loan to GP transactions, including no documentation of the principal balance or interest due;

- Failure of Benaiah Digital to perform certain investor redemptions;

- Lack of invoices or other documentation for purported fund expenses; and

7

- Lack of response to NAV's inquiries related to redemption requests received from certain investors.

Benaiah Digital and Benaiah Fixed's outside accountant did provide financial statement audits and prepared annual tax returns. The last year these services were provided was the fiscal year ending 2023. To the Receiver's knowledge, no accounting or financial reporting has been completed for Benaiah Digital or Benaiah Fixed since November 2024.

### Analysis of Cash and Digital Asset Transactions

The Receiver is in the process of a forensic analysis of cash transactions based on bank statements and other documents that the Receiver has been able to obtain. The Receiver expects to submit a second report to the Court with its preliminary findings within the next several days.

The Receiver does not have sufficient documentation of digital currency transactions to do a complete forensic analysis of digital currency transfers to and from related parties or profits and losses from trading activity. The Receiver will continue to assess digital asset transactions as more information becomes available.

### Notice to Creditors and Parties-In Interest

On September 5, 2025, notice of the receivership was sent to 220 creditors and parties-in interest. Creditors have been provided an email address, benaiahclaim@lighthousemanagement.com, to communicate with the Receiver.

### Judgments Creditors & Other Litigation

In July and August 2025, judgments totaling $10.5 million were entered against the following Benaiah Related Entities:

- Benaiah Capital, LLC
- Benaiah Digital, LP
- Benaiah Digital Fixed Income, LP
- Benaiah Holdings, Inc.
- Benjamin Wiener
- Andrew Hmielewski
- Christopher Hmielewski

*Dynamic Alpha v. Wiener, 41CIV25-000477 (Lincoln County, SD);*

On April 4, 2025, Dynamic Alpha filed a complaint against Wiener for breach of contract claiming damages of $60,000.

*Syverson et al. v. Wiener et al., 49CIV25-001678 (Minnehaha County, SD)*

On July 24, 2025, the Minnehaha County District Court in the State of South Dakota entered a default judgment for fraudulent misrepresentation, fraudulent concealment, and conspiracy to commit fraud in the amount of $518,959 in favor of Richard Syverson and $316,424 in favor of Darin Syverson against Wiener, Hmielewski, Andrew Hmielewski, Benaiah Digital, Benaiah Fixed, Benaiah Capital, and Benaiah Holdings.

*Taunton Ventures, LLC v. Benaiah Capital, LLC et al., 49CIV25-001899 (Minnehaha County, SD)*

On August 24, 2025, the Minnehaha County District Court in the State of South Dakota entered a default judgment in the amount of $9.4M against Benaiah Capital, Weiner, and Hmielewski for breach of contract, fraudulent inducement, and conspiracy to defraud related to a $7.5M loan provided to Benaiah Capital and $1.5M provided to Benaiah Capital for the purpose of investing in Benaiah Digital.

**Retention of Professionals**

On September 26, 2025, the Receiver retained Fredrikson & Byron, P.A. ("Fredrikson") to represent the Receiver, Benaiah Capital, Benaiah Digital, and Benaiah Fixed in this matter. Fredrikson was retained to assist in all legal matters related to the receivership.

The information and opinions contained in this report are based on the records and other information obtained by the Receiver to date. The Receiver reserves the right to modify the report, including any opinions, as additional records and information are received.

Respectfully Submitted,

Lighthouse Management Group, Inc.
Patrick Finn, CTP, CFE
Partner

9

**Exhibit A**

**Benaiah Capital LLC**
**Schedule of 1Password Accounts**

| 1Password Account Name | Website | Able to Access | Balance (USD) |
|---|---|---|---|
| Binance us | www.binance.us/login | Yes | $0.00 |
| CoinLion - Benaiah Fixed Income | https://trade.coinlion.com/ | No | Unknown |
| Coinlion Benaiah Digital | https://trade.coinlion.com/ | Yes | $0.06 |
| Crypto Hopper | https://www.cryptohopper.com/login | Yes | $0.00 |
| ExW1 | unknown | No | Unknown |
| Jd phoenix | www.phoenix.trade | No | Unknown |
| Kraken Benaiah Digital | kraken.com | Yes | $265.26 |
| KrakenFI | kraken.com | Yes | $0.00 |
| Kucoin - benaiah Digital | www.kucoin.com/ | No | Unknown |
| Kucoin - Benaiah Fixed Income | www.kucoin.com/ | Yes | $0.00 |
| MEXC - Benaiah Digital | mexc.com | Yes | $566.70 |
| MEXC Fixed Income | mexc.com | Yes | $0.00 |
| MEXC Trading Account (Kamal) - Benaiah | mexc.com | Yes | $0.11 |
| Nexo Benaiah Digital | https://platform.nexo.com/ | Yes | $56.25 |
| Nexo FI | https://platform.nexo.com/ | Yes | $0.00 |
| Phoenix | www.phoenix.trade | Yes | $0.00 |
| Sidepocket1 | www.sidepocket.app/Signin | No | Unknown |
| Tims Kraken custom managed | kraken.com | No | Unknown |
| Vectorcrypto | https://www.vectorcrypto.com.br | No | Unknown |
| VisionTrader - BlockFills | Pheonix app. No web version | Yes | $0.00 |
| XT Trading - Benaiah Digital | www.xt.com/en/otc/index | No | Unknown |
| **Total** | | | **$888.38** |

# BENAIAH
## CAPITAL

MEMORANDUM

TO:          Richey May & Company

FROM:     Benjamin Wiener, Benaiah Capital, Managing Partner & Fund Manager

DATE:      Thursday, June 27, 2024

SUBJECT:  Benaiah Digital, LP - Loan to General Partner


In 2023, Benaiah Digital incorporated staking as an investment strategy and allocation within its portfolio. During the due diligence process of setting up and assessing the futures trading logistics, risk mitigation strategies, profit/loss analysis, and security protocols, it was determined that a loan structure with a separate account for each fund would provide the safest most cost effective structure. Futures trading is a key component to the success of our staking strategy as it hedges out the price volatility of the staking asset.

The General Partner (GP) is responsible for the loan account. We were told at the time that the assets would pass through the loan account which belonged to the GP. From a logistical and risk mitigation perspective setting up a General Partner loan account provided an origination account for safe transfer to our trading sub accounts. The assets that originated and were in the Loan to GP account were assigned to Benaiah Digital and/or Benaiah Digital Fixed Income.


_____          _____
Benjamin P. Wiener                                    Benjamin P. Wiener
Managing Partner, Benaiah Capital              Fund Manager, Benaiah Digital

# BC Loan to GP_Digital_Richey May_2023

**Final Audit Report**                                      2024-07-08

| | |
|---|---|
| Created: | 2024-07-01 |
| By: | Alex Denevan (alex.denevan@benaiahco.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAa9i2xqFTeKsqXQju65IHm4vk5f3ZS2aK |

## "BC Loan to GP_Digital_Richey May_2023" History

Document created by Alex Denevan (alex.denevan@benaiahco.com)
2024-07-01 - 3:24:22 PM GMT

Document emailed to Benjamin Wiener (ben.wiener@benaiahco.com) for signature
2024-07-01 - 3:24:40 PM GMT

Email viewed by Benjamin Wiener (ben.wiener@benaiahco.com)
2024-07-08 - 6:03:57 PM GMT

New document URL requested by Benjamin Wiener (ben.wiener@benaiahco.com)
2024-07-08 - 6:04:00 PM GMT

Document e-signed by Benjamin Wiener (ben.wiener@benaiahco.com)
Signature Date: 2024-07-08 - 6:04:50 PM GMT - Time Source: server

Agreement completed.
2024-07-08 - 6:04:50 PM GMT

Adobe Acrobat Sign

# Benaiah Digital, LP

## Statement of Assets and Liabilities (Unaudited)

### As of 11/30/2024

### Reporting Currency : USD

| Account Category | GL Number | Financial Account | Amount | Loan to GP | Other | Total |
|---|---|---|---|---|---|---|
| Assets - Cash | 13004 | Broker Cash Balance | (1,783,272.93) | (1,783,272.93) | 0.00 | (1,783,272.93) |
| Assets - Cash | 13004 | Bank Balance | 574.00 | 0.00 | 574.00 | 574.00 |
| Assets - Cash | 13004 | Cash Balance With Exchange | 18.35 | 0.00 | 18.35 | 18.35 |
| Assets - Capital Receivables | 11002 | Subscription Receivable | 100,000.00 | 0.00 | 100,000.00 | 100,000.00 |
| Assets - Long Portfolio Value | 13501 | Long Portfolio Value- Cost | 4,971,047.14 | 4,030,680.18 | 940,366.96 | 4,971,047.14 |
| Assets - Long Portfolio Value | 13503 | Long Portfolio Value-Unrealized Gain/Loss | 2,411,975.25 | 2,652,149.53 | (240,174.28) | 2,411,975.25 |
| Assets - Interest Receivables | 10002 | Broker Interest Receivable | 258,016.34 | 256,767.35 | 1,248.99 | 258,016.34 |
| Assets - Advance Paid | 12007 | Due from Affiliates | 70,350.50 | 0.00 | 70,350.50 | 70,350.50 |
| Assets - Long Portfolio Value | 13513 | Investments | 10,491.75 | 0.00 | 10,491.75 | 10,491.75 |
| **Total Assets:** | | | **6,039,200.40** | **5,156,324.13** | **882,876.27** | **6,039,200.40** |
| | | | | | | |
| Liabilities - Capital Payables | 21002 | Redemption Payable | 136,748.74 | 0.00 | 136,748.74 | 136,748.74 |
| Liabilities - Short Portfolio Value | 23501 | Short Portfolio Value- Cost | 420,959.27 | 0.00 | 420,959.27 | 420,959.27 |
| Liabilities - Short Portfolio Value | 23503 | Short Portfolio Value-Unrealized Gain/Loss | 93,171.66 | 0.00 | 93,171.66 | 93,171.66 |
| Liabilities - Fees Payables | 21502 | Management Fee Payable | 168,864.49 | 0.00 | 168,864.49 | 168,864.49 |
| Liabilities - Expense Payables | 22004 | Administration Expenses Payable | 770.00 | 0.00 | 770.00 | 770.00 |
| Liabilities - Expense Payables | 22003 | Legal Expenses Payable | 2,300.00 | 0.00 | 2,300.00 | 2,300.00 |
| Liabilities - Expense Payables | 22005 | Professional Expenses Payable | 35,810.00 | 0.00 | 35,810.00 | 35,810.00 |
| **Total Liabilities:** | | | **858,624.17** | **0.00** | **858,624.17** | **858,624.17** |
| | | | | | | |
| **Capital:** | **70031** | **Ending Net Asset Value** | **5,180,576.24** | **5,156,324.13** | **24,252.10** | **5,180,576.24** |

**Report generated on: 12/11/2024 16:42:38 (IST)**

## Benaiah Digital Fixed Income Fund, LP

### Statement of Assets and Liabilities (Unaudited)

As of 11/30/2024

Reporting Currency : USD

| Account Category | GL Number | Financial Account | Amount | Loan to GP | Other | Total |
|---|---|---|---|---|---|---|
| Assets - Cash | 13004 | Broker Cash Balance | (8,500.00) | (8,500.00) | 0.00 | (8,500.00) |
| Assets - Cash | 13004 | Bank Balance | 1,811.45 | (8,500.00) | 10,311.45 | 1,811.45 |
| Assets - Long Portfolio Value | 13501 | Long Portfolio Value- Cost | 821,895.46 | 820,370.89 | 1,524.58 | 821,895.46 |
| Assets - Long Portfolio Value | 13503 | Long Portfolio Value-Unrealized Gain/Loss | 1,803.87 | 1,989.08 | (185.21) | 1,803.87 |
| Assets - Interest Receivables | 10002 | Broker Interest Receivable | 91,633.10 | 91,633.10 | 0.00 | 91,633.10 |
| **Total Assets:** | | | **908,643.88** | **896,993.07** | **11,650.81** | **908,643.88** |
| | | | | | | |
| Liabilities - Capital Payables | 21002 | Redemption Payable | 210,162.86 | 0.00 | 210,162.86 | 210,162.86 |
| Liabilities - Fees Payables | 21502 | Management Fee Payable | 87,009.76 | 0.00 | 87,009.76 | 87,009.76 |
| Liabilities - Expense Payables | 22004 | Administration Expenses Payable | 800.00 | 0.00 | 800.00 | 800.00 |
| Liabilities - Expense Payables | 22005 | Professional Expenses Payable | 26,990.00 | 0.00 | 26,990.00 | 26,990.00 |
| **Total Liabilities:** | | | **324,962.61** | **0.00** | **324,962.61** | **324,962.61** |
| | | | | | | |
| **Capital:** | **70031** | **Ending Net Asset Value** | **583,681.27** | **896,993.07** | **(313,311.80)** | **583,681.27** |

**Report generated on: 12/11/2024 18:52:40 (IST)**

**Exhibit D**

 **Patrick Finn**   35:57
Okay, got it. Okay, okay.
So then, all right. So in the case of Banaya Capital, you know.

 **Ben Wiener**   36:11
Hmm.

**Patrick Finn**   36:14
Kind of walk me through what assets Banaya Capital has right now.

**Ben Wiener**   36:20
Um.
But I capital um.
So the way that the way that the company is set up is that.
The employees are staffed through Banaya Management Company, which is A. staffing company.

 **Patrick Finn**   36:51
OK.

**Ben Wiener**   36:51
And that staffing company pays.
Or that's I I mean, I guess that the employees then work for multiple companies, right?
And just keep their time with the different entities. Um.

 **Patrick Finn**   37:03
Yeah.
Yeah.
Oh.

 **Ben Wiener**   37:07

So banaya capital from an asset standpoint, um.
I don't.
I know that I could give you. I mean, obviously we've got assets in the funds as A.
percentage of the LP we're.



**Patrick Finn**  37:27
Well, let's let's take a step back. So uh, where is its cash accounts held?



**Ben Wiener**  37:33
At peoples.

**Patrick Finn**  37:34
OK, you know, is that the only?

**Ben Wiener**  37:35
But that's been, but that's been drained because, yeah.

**Patrick Finn**  37:39
I realize that, yeah. OK. So just are there any accounts receivable that capital is owed from any other entity? I'm not talking about digital at all, just from any, you know, is it, does anyone know what money?

**Ben Wiener**  37:57
Um.
I don't think so.

**Patrick Finn**  38:04
OK. So does it have and again not talking about you know digital, what accounts does capital have you know under just capital in terms of digital accounts or any other type of accounts?

**Ben Wiener**  38:23

You know, not A. not A. lot. Um.

You know it was you know for so I guess let me back up A. little bit. So the way that it was set up and and with hedge funds.

To to have A. the business plan work, I'm sure you know this, you've got to have you know there's an assets under management fee and A. performance fee and the assets under management fee is is what you use to cover your overhead and the performance fee. Ideally you keep in the fund because you can there's some tax.

 **Patrick Finn**  38:52
Mhm.

 **Ben Wiener**  39:02
Treatment that you can potentially utilize if you're able to do that. So the the way that the fund was set up was there was myself and then Dennis Annensen.

And Josh De Witt were the three primary people who launched the fund. And Josh's role and the reason he got equity was he was going to be the portfolio manager. He was the expert. He, you know, had A. background.

Merrill Lynch, all that kind of stuff. Dennis was gonna bring the money into the fund and then, you know, my role was to, you know, manage the people relationships business and then provide complimentary.

 **Patrick Finn**  39:38
And.

 **Ben Wiener**  39:48
Services as well anyway, so.

 **Patrick Finn**  39:50
OK.

 **Ben Wiener**  39:53

We didn't, uh, from A. capital standpoint, inject A. whole lot of capital into it because Banaya management was willing to take on the Um.

 **Patrick Finn**  40:00
Mhm.

 **Ben Wiener**  40:07
The burden, I guess if you will, of getting it off the ground. So but I am management would essentially pay for the the wages and have A. receivable due from capital.

 **Patrick Finn**  40:21
Mhm.

 **Ben Wiener**  40:22
So there isn't much in capital. There never really has been all that much in capital from an asset standpoint except for, you know, its allocation of the of the LP.

 **Patrick Finn**  40:27
Yeah.
Allocation of the LP.

 **Ben Wiener**  40:38
Yeah. So in the performance fee, individual and fixed income instead of, so let's say that our performance fee is 20% instead of withdrawing 20% cash as payment if we.

 **Patrick Finn**  40:48
Mhm.

 **Ben Wiener**  40:55
If we just take an allocation of the fund instead, then there's some some favorable tax treatment. So from A. performance fee standpoint, we didn't take performance fees out of the fund. So an allocation in the fund would have been our.

 **Patrick Finn**  41:03
I understand.
OK.
Did.

 **Ben Wiener**  41:11
Um.
Would have been in a, you know, one of the significant assets that we've got.

 **Patrick Finn**  41:16
OK. OK. So if I were looking on the balance sheet, I'd see cash receivables, I would see investment in digital, you know as as an example and then what other assets would I see on the balance sheet if I were looking at it right now?

 **Ben Wiener**  41:26
Yep.
Not much.

 **Patrick Finn**  41:33
Well, yeah. What else though? Yeah, I see. Is there anything? Yeah.

 **Ben Wiener**  41:33
If anything, I don't. I don't. I don't think, yeah.

**Exhibit E**

**Patrick Finn**   41:39

OK. OK. And so then going to digital, if I look at the balance sheet of digital.
Same question, you know, does it have a cash account?

**Ben Wiener**   41:55

Yeah, through peoples, Yep.

**Patrick Finn**   41:57

OK. And then it's then it would have obviously the various wallets and you know in in
other accounts. So approximately how much does it have?
Much does it have?

**Ben Wiener**   42:12

In digital.

**Patrick Finn**   42:13

Yeah.

**Ben Wiener**   42:15

I think the November statement that NAB provided was around.

**Patrick Finn**   42:22

And I I I'm not asking for the statement. I'm asking for the best of your knowledge right
now. Today, how much does it have?

**Ben Wiener**   42:27

Um, it would be right around that same amount that was on the November statement.
6,000,000 range.

**Patrick Finn**   42:36

With.
OK. And where is it?

 **Ben Wiener**  42:39
You've got assets that are in cold storage, assets that are staked. You've got.

**Patrick Finn**  42:46
Mm-hmm. Where?
OK.

 **Ben Wiener**  42:59
You know, minimal assets in um.
Like on on chain or on exchange, you know, for obvious reasons. Um.

**Patrick Finn**  43:08
Right. So let's just take coal storage as an example. How much is in coal storage?

**Ben Wiener**  43:14
I don't know 'cause we don't have that.

**Patrick Finn**  43:15
10.
You don't have that.

**Ben Wiener**  43:22
Right. That's that's still stuff that the government has that they haven't provided back to us.

**Patrick Finn**  43:29
OK. So when you when you say cold storage, are you talking about cold storage like you know, you know thinning on sitting on A. thumbs drive or are you talking about cold storage sitting at at A. A. custodial type site?

**BW** **Ben Wiener**  43:44

Not at the custodial site. We don't have well, I I take that back. We had a a relationship with with Anchorage that we had assets custody. I'm guessing they got subpoenaed and.

**Patrick Finn**  43:57

Yeah.

**BW** **Ben Wiener**  43:59

You know, asked us to close our account.

**Patrick Finn**  43:59

OK.

OK. So I guess what I'm trying to understand is if there's $6 million sitting in digital, I want to understand where it is so I can go out and take control of it.

**BW** **Ben Wiener**  44:14

Yeah, so.

Yeah. So there's, I mean all of our keys and all of that is, is I don't have, you know, so some assets are are.

**Patrick Finn**  44:20

Mm-hmm.

**BW** **Ben Wiener**  44:31

Are being staked, so they're on chain right now, but I don't have the keys to to access it.

**Patrick Finn**  44:40

And and where are the keys?

 **Ben Wiener**  44:43
The the keys are on that SD card.

 **Patrick Finn**  44:52
OK.
And out of the 6,000,000, how much would be, you know, tied up in the keys on the, you know, I couldn't get access without having the keys on the SD card.

 **Ben Wiener**  45:06
Um.
Uh.
2/3 or more.

 **Patrick Finn**  45:12
OK, so where's the other third?

 **Ben Wiener**  45:18
We've got, well, you're talking digital right now.

 **Patrick Finn**  45:23
Yeah, specifically digital. So if 2/3 are sitting on, yeah, you can't actually right now without the keys in the SD card. Where's the other 2 million?

 **Ben Wiener**  45:31
Uh, so so digital has um.
An allocation that is be loaned to GP is what it's called.

 **Patrick Finn**  45:43
OK.

 **Ben Wiener**  45:45

Um.
And you know, some of those assets at the GP, you know, some of it would be
receivable, some of it would be.
Well, in a similar, I mean in a different folder, but but would be there too. I mean that
Banaya Banaya capital.

 **Patrick Finn**  46:05
And.
So you're saying the 2 million is all alone to GP?

 **Ben Wiener**  46:23
I don't know what the loan balance to GP is, and the whole loan to GP, you know, causes
me angst anyway.

 **Patrick Finn**  46:28
OK.
Well, let's come back to that. Let's go back to the 2 million. So if if 2/3 are sitting
somewhere where I need the SD cards to access them, where's the other 2 million?
Because that should be accessible now then.

 **Ben Wiener**  46:48
The other 2 million would be, um. I mean, there's another thumb drive. Um.
Not on the SD card. Um.

 **Patrick Finn**  47:00
And where's that thumb drive?

 **Ben Wiener**  47:02
The FBI has not returned that.

 **Patrick Finn**  47:06

OK, So what assets are out there that aren't that you do that do not require the keys that the FBI has to access?

**Ben Wiener**  47:17

Not much. That's why we're pretty handcuffed right now.

**Patrick Finn**  47:19

Yeah, well, how much?

**Ben Wiener**  47:22

I I mean less than $100,000.

**Patrick Finn**  47:28

OK, where is it?

**Ben Wiener**  47:32

Uh, in. I mean, you've got your list of exchanges, uh, that the that Benaya Digital has.

**Patrick Finn**  47:38

I don't.

**Ben Wiener**  47:40

Well, I mean it would on the one password it would show the but I digital exchange accounts, but you would have MEXC crack in.

**Patrick Finn**  47:45

OK.

**Ben Wiener**  50:21

Yep. OK. Thank you for saying that. That kind of caused me to be conflicted. I can get you a list of those exchanges that we have for digital.

**Patrick Finn**  50:27

Yeah.

**Ben Wiener**  50:36

That we would use.

**Patrick Finn**  50:39

OK. And how would you get that list?

**Ben Wiener**  50:41

Uh, I can put it in this e-mail. Um, with the rest of the contacts.

**Patrick Finn**  50:45

OK, but where would you get the information?

**Ben Wiener**  50:48

On one password to get to log in.

**Patrick Finn**  50:52

No, no. Where would you get the list of of of exchanges or wallets?

Said you could send me A. list. I appreciate that. Where are you getting the information from?

**Ben Wiener**  51:03

Well, I know what exchanges we use.

**Patrick Finn**  51:06

OK.

So you know, assuming approximately $100,000 out there right now, where's most of it? You know, what's that? What's the one has which which exchange likely has the most amount of money in it?

**Ben Wiener**  51:20

Um.

They probably all have. None of them have much, but they probably all have some.

**Patrick Finn**  51:30

OK.

**Ben Wiener**  51:31

So you know you've got 6 exchanges.

**Patrick Finn**  51:34

OK.

**Ben Wiener**  51:36

Something like that.

**Patrick Finn**  51:37

OK, well, what are they? I'll just list them off right now.

**Ben Wiener**  51:40

Yep, so you've got Kraken.

You've got, um, Coin Lion.

Um, you have MEXC?

Uh, we X um.

Bucoin.

You would have.

Um.

Um.

I know that there's another one, I just didn't do a lot with it.

Um.

See if I can find it here.

Um.

Bitmart.

Is the other one.

 **Patrick Finn**  53:17

OK.

So between those there should be call it 100 grand.

Looks like, uh, there he goes.

 **Dahlk, Thomas H.**  53:39

I lost this picture. There it is.

 **Patrick Finn**  53:40

Yeah, he disappeared for a second. He's back now. So yeah, so between those, those six, there should be about 100 grand.

 **Ben Wiener**  53:43

Yeah, sorry.

I'm not saying that there's 100 grand in there. I'm saying there's less than 100 grand. I don't. I couldn't tell you off the top of my head what's in there. There's when I say that there's not much, there's not relative to, I mean, less than 100 grand.

 **Dahlk, Thomas H.**  53:53

Mhm.

 **Patrick Finn**  53:53

OK, OK.

**Dahlk, Thomas H.**  53:55
Yes.

 **Patrick Finn**  54:00
OK.

**Ben Wiener**  54:03
Between 6 exchanges, what I would say is not much.

**Dahlk, Thomas H.**  54:05
So, so Ben, so Ben, it might be helpful to explain to me and to Patrick when you don't keep the bitcoins or other digital assets.
On the exchanges to be held for the benefit of customers and you put some in cold storage is what you said.

**Ben Wiener**  54:34
Yep. Self custody. Yep.

**Dahlk, Thomas H.**  54:37
OK, and why don't you explain how cold storage works?

**Ben Wiener**  54:45
Um, so custody of digital assets comes down to so that the.
The digital assets are always gonna live on the blockchain, right? And in order to move those assets or control those assets, I I should say you need you need keys to do that.
And whoever, whoever has the keys, there's a a phrase in crypto that if it's not your keys, they're not your coins, meaning whoever has the keys to the asset.
Is really in control of those assets. So if you if you have, you're setting yourself up for certain risks by keeping assets on the exchange.

**DH  Dahlk, Thomas H.**  55:31
Watch.

**BW  Ben Wiener**  55:40
Because the exchange essentially lets you.
They're gonna, they're gonna use the keys. It's almost like they let you borrow them, but they have to in order to actually have those assets move, they have to use their keys. So what you do in cold storage is is essentially.
You're not taking the assets, you're taking the keys and you're controlling those keys and you're doing it in a manner that is not connected to the Internet. Because if it's connected to the Internet, then there's a risk of.
You know, phishing or some sort of hack.

 **Patrick Finn**  56:27
OK. Yeah. So but in the in the six exchanges we're talking about, none of that's cold storage, correct?

**BW  Ben Wiener**  56:28
That makes sense?
Correct. Yep, that's all on exchange.

 **Patrick Finn**  56:38
Yeah, yeah. And then all in all in in those six accounts and and that have less than 100K in them. Right now the keys that I need to access those accounts are in one one password or are they somewhere else?

**BW  Ben Wiener**  56:50
So the login, the login to the exchange account is in one password and when you're when your assets are on exchange, you don't.
But you don't need the, you don't have the key, you don't hold the keys. So it's a user interface that you just say withdraw or send or whatever. It's not the actual, the actual

keys. You don't need the keys to withdraw.

Liquidate any of that. You just need the password and two factor authentication.

 **Patrick Finn**  57:26

OK, so I don't need the private key is what you're saying. Yeah, OK, so.

**BW** **Ben Wiener**  57:29

Correct. Yep.

**DH** **Dahlk, Thomas H.**  57:34

S.

 **Patrick Finn**  57:36

Alright, so I want to repeat this and make sure I understand correctly. So what you're saying and right now in digital, there's approximately 6 million of digital currency.

Of which you're you're approximating 2/3 of it is in cold storage and not accessible right now because the keys are being held by the FBI.

And the other you know 2 million or so is your your is on the thumb drive.

Yeah, it's effectively in cold storage also.

**BW** **Ben Wiener**  58:16

Yeah, that or or the log or the login to um.

 **Patrick Finn**  58:17

Yes.

**DH** **Dahlk, Thomas H.**  58:24

So.

**BW** **Ben Wiener**  58:24

The wallet would be on there.

**Patrick Finn**  58:27

OK. Or the login in the wallet would be there. So it wouldn't be these six exchanges. Maybe different wallets? OK and then.

**Ben Wiener**  58:34

Correct. Yep. Yep. So some of the wallets that we have, um.
We use some assets we stake ourselves, some assets we use a a validator stake through and a wallet to do that.

**Patrick Finn**  58:45

OK.
K.
OK. So are there any wallets or exchanges or any other vehicles like that that are not included in the one password account?

**Ben Wiener**  59:01

I don't think so.

**Patrick Finn**  59:02

OK, OK, So what about for fixed?

**Dahlk, Thomas H.**  59:04

Yes.

**Ben Wiener**  59:11

Um.

**Patrick Finn**  59:12

How many? What's the dollar amount of assets that's held a fixed?

**Ben Wiener**  59:16

I don't. I don't know off the top of my head.

I think it's, well, I don't, I don't want to speculate, but it would be, um, it would be a a similar story, um, in terms of the the November.

Balance.

 **Patrick Finn**  59:34

OK. Yeah. And I don't have that information for me so proximal. I mean, you know, go ahead and speculate, you know, give me a range.

**DH** **Dahlk, Thomas H.**  59:58

Ben, what do you need to look at in order to give more accurate information?

**BW** **Ben Wiener**  1:00:03

Well, that's what I'm just pulling up right here. I've got um.

With some information that I can.

**Patrick Finn**  1:00:10

OK.

**BW** **Ben Wiener**  1:00:11

I think I can access that. I'll give you a better idea.

**Patrick Finn**  1:00:14

OK. And and and where are you and where are you going to get that information? What is it you're accessing?

**DH** **Dahlk, Thomas H.**  1:00:14

OK, if if you don't have, yeah.

**BW** **Ben Wiener**  1:00:19

Uh, the shared drive.

 **Patrick Finn**  1:00:21

Got it. OK.

Yeah, for purposes of this call, you know, Ben and Thomas, I'm just trying to get an idea of scale. I mean, I'm not trying to, I'm not trying to pin anyone down anything. I'm just trying to get a sense of.

**DH** **Dahlk, Thomas H.**  1:00:31

Yeah, understood.

**BW** **Ben Wiener**  1:00:33

I think it's under 2 million. Um, I think it's it's. I think it's more than a million and a half, but I think it's under 2.

**DH** **Dahlk, Thomas H.**  1:00:35

Right.

**Patrick Finn**  1:00:36

OK.

**DH** **Dahlk, Thomas H.**  1:00:40

And it might be helpful for you to explain the staking concept also.

And how that fits in.

**BW** **Ben Wiener**  1:00:51

Sure. So are you familiar with staking, Patrick?

**Patrick Finn**  1:00:56

Why don't you uh walk it through me, walk me through it.

**BW** **Ben Wiener**  1:00:58

OK, so there's different. With these different block chains, they have different.

Kind of mechanics that control it, that govern it. It's called a consensus. And so with Bitcoin, you may have heard of proof of work. So mining equipment like computers, right, are performing.

Solving all sorts of complex problems right to to.

Establish that network right? Well, with other networks, the consensus is proof of stake and one of the things that proof of stake allows for and kind of the just a real high level overview of of.

Why proof of stake works is in the blockchain.

As long as nobody controls over 50% of the assets of the governing assets of the blockchain, then the rules of the blockchain will.

The way that it was set up in code will will remain and so nobody can in theory mess with the the smart contract and and change the way that things are operating. So one of the ways that developers kind of protect the integrity of the blockchain is they set up a proof of.

Of stake, which allows for people to voluntarily say, hey, I'm A. good actor, I'm not going to try and you know, take 51%, take majority control and do this. And what you do is you you essentially give up.

Or you commit the assets that you have the keys for. You commit those back to the blockchain and by doing that you get some of the rewards that the that the blockchain brings in as as payment for that.

So you're not giving up your right to it, but oftentimes what those rewards come with is, you know, like A. 21 day or A. 45 day like lock up period.

Where the day that you stop staking and you want to take your assets off of the Um. Off of the blockchain, it's well, that's like A. good way of saying it, but you wanna unstake it. Let's say that you wanted to sell them or remove them or do whatever you wanted. You would have to wait 21 days before it releases that.

So what it's doing is it's creating like A. security, because if you have enough people that are committing their assets to the blockchain, then you can't.

You know, nobody could possibly get 51%. So with some some block chains, they'll set it up in A. way that they'll incentivize the returns that you get based on the percentage of assets that are sitting on on.

On the on chain, so they have like 67% as their target, let's say if they're sitting at 50%,

the the return yield is going to increase.

To make it more attractive to people to stake their assets and then when they get above that 67% then it then it decreases. So they kind of use that um level almost as A. way of of kind of keeping that equilibrium where they want it I guess um from A. security standpoint so.

But those assets then like in order to to operate.

On A. blockchain, there's A. gas fee that you have to pay, and the gas fee is paid in that blockchain's native asset.

And those gas fees are what A. lot of the blockchains use then to reward the the members that are staking.

So with fixed income in our fixed income strategy, there's A. A. blockchain called Cosmos and it's A. fairly well known blockchain, but it pays.

You know, in the range of 20% rewards annually.

 **Patrick Finn**  1:05:55

Mhm.

 **Ben Wiener**  1:05:56

Which is A. nice return. It's A. well established blockchain. The challenge is that it gets paid in in Cosmos and Cosmos as an asset is is volatile. So to combat that then.

What we do is we will take out A. leveraged short position through, you know, one of our exchanges for the same amount that we have.

Staked long. So if we got A. dollar in, um, we would take $0.95 and we would buy Cosmos with it and we would stake Cosmos and we would take the other five cents.

And we would send it to our for one of our exchanges and we would use, let's say 20X leverage gets us really close. 20X leverage on A. nickel is gonna be A. dollar, right? Something like that we would use to be.

Be lined up equally long and short so that the volat or that we neutralize the volatility of the asset, right. So if it goes up, we're winning over here, but we're losing here. If it goes down, we're winning here and losing here. So we take the volatility out of the.

The equation on that and what you're left with then is the staking rewards that you receive minus the cost of that of that short, whatever that is and and typically it's you

know maybe 2%.
Something like that. So you're left with, you know, A. A. yield of 16 to 18, somewhere in there, which is a, you know, pretty low risk, pretty nice, nice return to get.

 **Patrick Finn**  1:07:51
So right now you're saying it's about a million and a half to 2 million in fixed?
In that right? And is that all in Cosmos?

 **Ben Wiener**  1:07:58
There is.
No, Nope. There's A. we use, we use different and and we don't have. It's not allocated 100% to to our hedge staking.

 **Patrick Finn**  1:08:01
So how much is in cosmos?
Mm-hmm.

 **Ben Wiener**  1:08:15
Um, I don't.

 **Patrick Finn**  1:08:16
So, so break it out for me the million and a half to million. Give me a where is it?

 **Ben Wiener**  1:08:22
I, um, I don't know. I couldn't tell you the uh, you know the percentage of uh of assets that are.
That are at Cosmos versus Polka dot versus Avalanche.

 **Patrick Finn**  1:08:41
So is there assets at Cosmos, Polkadot and Avalanche right now?

 **Ben Wiener**  1:08:45
Yep, the instinct.

 **Patrick Finn**  1:08:46
Anywhere else?

 **Ben Wiener**  1:08:53
Yeah, there's, well, I mean, those blockchains have in in order to to actually be the one
who stakes the asset, you have to be what's called the.
A A. validator, right? And so you're the one that's actually hosting the smart contract on
the blockchain and all that. It's it's really technical because people want to take
advantage of those rewards, but they don't know code.
Um.
Those companies then like one of the ways that Coinbase makes most of their money is
as A. validator. So if you want to stake your assets, you can stake it on Coinbase's
platform and Coinbase actually manages.
All the staking and takes A. 20% fee for doing it. So there's A. there are.
There are wallets that will provide that service as well, so Exodus all that would be one.
I don't think we have any on any other wallet.

 **Patrick Finn**  1:10:10
I'm sorry, it blanked out for a second. Could you repeat what you just said?

 **Ben Wiener**  1:10:13
Yep. So Exodus is A. is A. wallet that we would use that would provide that service. I
don't think that there's any other wallets that we have.

 **Patrick Finn**  1:10:22
OK. So are you saying then that, so you're saying there are fixed assets at Cosmos, Polka
dot, Avalanche and am I understanding correctly at Exodus also?

**BW** **Ben Wiener**  1:10:35
Um.
I believe so.

 **Patrick Finn**  1:10:40
Anywhere else?

**BW** **Ben Wiener**  1:10:42
I don't believe so.

 **Patrick Finn**  1:10:42
OK, and the login info or the the the account information I need to be able to access Cosmos and the other three. Is that all in one password?

**BW** **Ben Wiener**  1:10:53
No, Nope, that that's all on the micro SD card.

 **Patrick Finn**  1:10:54
And where is that?

**BW** **Ben Wiener**  1:11:03
Uh, I think uh, Exodus.
Might be on um one password.

 **Patrick Finn**  1:11:15
OK, so if I understand correctly, you're saying I could not log in to Cosmos right now because the information I need to do so is on the micro SD card that the FBI has.

**BW** **Ben Wiener**  1:11:27
That's right.

 **Patrick Finn**  1:11:28
And you're saying the same thing with polka dot.

 **Ben Wiener**  1:11:32
An avalanche.

 **Patrick Finn**  1:11:33
And Avalanche, but but you're thinking Exodus, the information is likely in one password.

 **Ben Wiener**  1:11:34
Yep.
Correct.

**Exhibit F**

 **Patrick Finn**  1:11:42
OK, OK.
Um.
So you mentioned the the loan, the GP?
So and GP is a general partner, correct?

 **Ben Wiener**  1:12:00
Correct.

 **Patrick Finn**  1:12:00
OK, so.
What? You know, the money was given to GP. Where is it now?

 **Ben Wiener**  1:12:10
The same thing you know the the assets are. Some assets are staked. Um.
Some assets are um.
Yeah, this is uh.
This is this is one that you know.
I guess I'm not sure how how comfortable I am talking about the loan to GP.

 **Patrick Finn**  1:12:50
Well, it's an asset of it's receivers. The loan is receivership property.

 **Ben Wiener**  1:12:56
Understood. Um.

 **Patrick Finn**  1:13:01
So I'd like to know where my money is.

 **Ben Wiener**  1:13:08
So the I guess the way that the loan to GP started.

Was not really.

Alone to GP.

Um. So what happened was um.

We had exchange accounts at this particular time. I believe the exchange was.

Either XT or MEXC. Either way we had set up an an exchange account for digital and for fixed income. We created sub accounts for them.

Well, when when the assets, when we moved assets into the, when we deposited it into digital and GP, I'm sorry, digital and fixed income.

Um.

I assumed, Josh assumed that those assets on the blockchain were going straight to those sub accounts when our third party administrator who was.

Sidrania and then they changed their name to Firmidium at the time. When they were doing month end, they asked where these assets went and so we showed them and they said, well, no, they both actually went to.

The subaccount and then from the subaccount on the blockchain, you know the exchange took them and just allocated them from A. A. value standpoint into the subaccounts.

And so.

They told me at the time, they said, I said, So what, you know, what do we need to do? What does that mean? And they said, well, well, technically speaking, you moved assets to to the GP.

And I was like, OK, but we didn't. They're obviously in these sub accounts. You know what? How do we do this? And they said, well, the best way to do it is to.

Just, uh, send us an e-mail that said, um, you know it was A. A. loan to the GP.

And so we set up from an accounting standpoint and I've got the the emails that you can go through on that just loaned to GP, right? But we didn't ever.

But it wasn't ever alone to GP, right? So.

When we moved assets into those exchanges for.

**DH** **Dahlk, Thomas H.**  1:16:10

Let me ask this. Let me interrupt.

What?

Let me ask this question. In other cases that I've had, we've had what is called securities lending. Is this kind of an asset lending situation so that but you have to book it some way. So they told you to book it as A. loan to the.
GP.

**Ben Wiener**  1:16:41
I don't know. And I and I get really like I get it with this particular subject. I get really nervous.

**Dahlk, Thomas H.**  1:16:43
OK.

**Ben Wiener**  1:16:52
Because.
It's. I mean it says loan to GP.
But.
But there wasn't ever A. loan.

**Dahlk, Thomas H.**  1:17:01
But in securities lending, there really isn't A. loan. What it is is that one party takes uses securities that are lent and then they do A. transaction, but the title doesn't change and. And it it's complicated, but we need to give give you more information in this regard. Patrick, I don't understand it. I I don't think. And is that one of the reasons?

**Patrick Finn**  1:17:30
Yeah.

**Dahlk, Thomas H.**  1:17:34
The third party administrator quit.

**Ben Wiener**  1:17:39
No. No. I don't. I mean not to my knowledge. I mean the the third party administrator.

You know, approved it monthly. It was the first third party administrators idea. The second third party administrator.

**DH** **Dahlk, Thomas H.**   1:17:40
OK, nothing to do with it.
OK.

**BW** **Ben Wiener**   1:17:55
Definitely knew about it, was aware of it, was OK with it, and then it went through audit as well. Um.

**Patrick Finn**   1:18:02
Alright.

**BW** **Ben Wiener**   1:18:04
That being said that the challenge Patrick is that like if we send this to our our trade account where Josh or Kamal was trading, you know and they lost money on that.

**Patrick Finn**   1:18:05
So do I understand?

**BW** **Ben Wiener**   1:18:22
Um, on those trades, right? Like Kamal was a was a senior trader who, you know, resigned and he lost like over $100,000.
Trading and to my knowledge and So what what happens then is it says that we have a loan to the GP.
Or the $100,000 that we moved into this trading account.
For Banaya Digital, that isn't there anymore because that was lost trading.
But it's listed as loan to GP.
And we're paying interest on it because they have to have an interest rate for a loan.
And none of this was.

I mean it it at the onset I had little to do with it. I mean, I know it all falls on, it all falls on me as the the manager, but that's where it gets gets really tough.

**Dahlk, Thomas H.**  1:19:37
OK. Well, we have to, yeah. And I I just want this to be clear. We will track this down and get you more accurate information, Patrick, because it is complicated and I do want.

**Ben Wiener**  1:19:38
Does that make sense?

**Patrick Finn**  1:19:38
OK.
Sure.

**Dahlk, Thomas H.**  1:19:56
Everybody, you know, I I want everybody to know what actually transpired.

**Patrick Finn**  1:20:01
Yeah, I understand. And Ben, do I understand you correctly that, you know, you're effectively saying that these assets are not owned by GP, they're owned by digital?

**Ben Wiener**  1:20:14
Um.
I I mean, technically I I I don't know. I mean, it would have been the intent.
It's you know that it that it never was a loan to GP. I mean it's not like the GP took them and you know leveraged them or something like that. You know those were assets that that were.
Going straight to the sub accounts that after about 45 days we realized, excuse me, wasn't according to the blockchain. And so from an accounting standpoint that was their solution to fix it, but that causes a.

 **Patrick Finn**  1:20:50
OK.

 **Ben Wiener**  1:20:55
A pretty big commotion down the road that never got resolved.

 **Patrick Finn**  1:21:01
OK. So you're not taking the position that these funds are are when the funds that got moved belong to GP?

 **Ben Wiener**  1:21:13
No, not. I mean, not all of them, no. You know, there were.
No, I would say.
For the most part, um.
The the funds that were in or the dollars that were allocated to loan to GP were assets of the fund.

 **Patrick Finn**  1:21:43
All of them or most of them?

 **Ben Wiener**  1:21:47
Um, I don't know.

 **Patrick Finn**  1:21:53
OK, OK. And do I understand correctly that you know you you call them alone or the OR the administrator call them alone on the reports, but there's no promissory notes or any of that kind of documentation or are there?

 **Ben Wiener**  1:21:53
I don't know.

There's not, there's not a promissory note, you know, at the time we had another, you know, lending product with with a broker and.

 **Patrick Finn**  1:22:08
OK, OK.

 **Ben Wiener**  1:22:21
So when they asked what or when I asked what's appropriate, 'cause they said is, you know, it's in the best interest of, it's gotta be in the best interest of the fund. And I said, well, I mean, you can mirror the other.

 **Patrick Finn**  1:22:35
Mhm.

 **Ben Wiener**  1:22:38
The other fund or the I'm sorry, the other loan agreement because I knew that one was approved.

 **Patrick Finn**  1:22:40
Mhm.
Alright.
OK. So got it. So the funds that are identified as loan to GP, if you were looking at the GP side of that right now, what's the value of those assets right now?

 **Ben Wiener**  1:22:45
And that was the short term fix.
I mean, I wouldn't, I wouldn't consider those to be assets of Banaya Capital, but I suppose.
Technically they are. I don't know what that allocation is.
But I would consider those assets of the fund, not of an I capital.

 **Patrick Finn**  1:23:20

I'm sorry, maybe I I spoke wrong, I guess. Yeah, but that that wasn't maybe let me repeat the question. So those assets that are identified as loan to GP, what is the value of those assets today, wherever they are?

 **Ben Wiener**  1:23:33

I don't know what the total allocation is.

That November statement would have would have that. I mean what I guess what the third party administrator would do is keep track of on chain and on in the wall or wherever.

They would keep track of of those assets, right? And so the ones that went to.

Loan to GP, you know, let's say that it was, you know.

$100,000 worth of USDT or cup of Cosmos. They would see the $100,000 worth of Cosmos. Or maybe that Cosmos is worth $120,000 the next month, whatever it was. They would see that and allocated accordingly on those statements.

 **Patrick Finn**  1:24:33

OK. And where are the funds now?

 **Ben Wiener**  1:24:37

Um.

That's where a lot of them are. There's the same, the same answer to your question of where the funds for the Um.

Bond is, you know, their their stake, their cold storage, their.

 **Patrick Finn**  1:24:58

OK.

 **Ben Wiener**  1:24:59

All the same places.