UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY A. KINNETZ as trustee of THE TIMOTHY A. KINNETZ REVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>BENAIAH HOLDINGS, INC., BENAIAH CAPITAL, LLC, BENAIAH DIGITAL, LP, BENAIAH DIGITAL FIXED INCOME, LP, BENJAMIN PAUL WIENER, individually; JOSHUA DEWITT, individually, and CHRISTOPHER CHARLES HMIELEWSKI, individually,<br><br>Defendants. | Case No. 4:25-cv-04134 - CCT<br><br><br>**BENAIAH DEFENDANTS'**<br>**MOTION TO DISMISS PURSUANT TO).**<br>**FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |

Defendants Benaiah Holdings, Inc., Benaiah Capital, LLC, Benaiah Digital, LP, Benaiah Digital Fixed Income, LP, Benjamin Paul Wiener, Christopher Charles Hmielewski, Benaiah Enterprises LLC, Benaiah Management Company, Inc., Runway Four10 LLC, Triple Point Trading LLC and Ronald J. Gasca, Jr. (collectively "Benaiah Defendants") respectfully move to dismiss the First Amended Complaint [Doc. 97] filed by Plaintiff, Timothy A. Kinnetz as Trustee of The Timothy A. Kinnetz Revocable Trust, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), on the following grounds:

4927-6848-8061

1.      The RICO claim is barred by operation of law under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which amended the RICO statute to exclude acts that would have been actionable as securities fraud as a "predicate act" under RICO ("RICO Amendment Bar").

2.      Mr. Kinnetz has failed to satisfy the requirement that the RICO enterprise be distinct from the alleged pattern of racketeering activity.

3.      Mr. Kinnetz has violated the requirement that the RICO enterprise be distinct from the "person[s]" who are accused of violating 18 U.S.C. § 1962(c).

4.      Mr. Kinnetz has failed to allege he suffered actual harm proximately caused by the alleged predicate acts.

In support of this Motion, the Benaiah Defendants have filed a supporting brief.

WHEREFORE, the Benaiah Defendants request an Order dismissing the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) with prejudice.

Dated this 1st day of December, 2025.

> BENAIAH HOLDINGS, INC., BENAIAH CAPITAL, LLC, BENAIAH DIGITAL, LP, BENJAMIN PAUL WIENER, individually, CHRISTOPHER CHARLES HMIELEWSKI, individually, BENAIAH ENTERPRISES LLC, BENAIAH MANAGEMENT COMPANY, INC., RUNWAY FOUR10 LLC, TRIPLE POINT TRADING LLC AND RONALD J. GASCA, JR., individually, Defendants
>
> By: */s/      Lisa M. Peters*
> Lisa M. Peters (SD#5057)
> Thomas H. Dahlk (*pro hac*)
> Kutak Rock LLP
> The Omaha Building
> 1650 Farnam Street
> Omaha, NE  68102-2186
> Telephone:  (402) 346-6000
> lisa.peters@kutakrock.com
> tom.dahlk@kutakrock.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Jeremy R. Jehangiri
U.S. Attorney's Office
Jeremy.jehangiri@usdoj.gov

*Attorney for the United States*

Adam D. Zenor
Joseph R. Casey
Zenor Law Firm, PLC
adam@zenorlaw.com
joe@zenorlaw.com

*Attorneys for Plaintiff Timothy A. Kinnetz Revocable Trust*

Dennis Aanenson c/o Davenport, Evans, Hurwitz & Smith
Attn: Mitchell A. Peterson
P.O. Box 1030
Sioux Falls, SD 57101-1030
mpeterson@dehs.com

Pepper Entertainment Inc c/o Davenport, Evans, Hurwitz & Smith
Attn: Mitchell A. Peterson
P.O. Box 1030
Sioux Falls, SD 57101-1030
mpeterson@dehs.com

Jeffrey W. Post
Steven R. Kinsella
Bredrikson & Byron, P.A.
jpost@fredlaw.com
skinsella@fredlaw.com

*Attorneys for Receiver Lighthouse Management Group, Inc.*

Alexandra E. Dugan
Bradley Arant Boult Cummings LLP
adugan@bradley.com

*Attorneys for Plaintiff Timothy A. Kinnetz Revocable Trust*

Stephen C. Landon
Andrew Sumner Hurd
Cadwell Sanford Deibert & Garry, LLP
slandon@cadlaw.com
ahurd@cadlaw.com

*Attorney for Cross-Claimant Joshua Dewitt*

A&B Business, Inc. c/o Davenport, Evans, Hurwitz & Smith
Attn: Mitchell A. Peterson
P.O. Box 1030
Sioux Falls, SD 57101-1030
mpeterson@dehs.com

Jered Johnson
c/o Davenport, Evans, Hurwitz & Smith
Attn: Mitchell A. Peterson
P.O. Box 1030
Sioux Falls, SD 57101-1030
mpeterson@dehs.com

Douglas R. Boettge
Stinson LLP

Edwin E. Evans
Evans Haigh & Arndt LLP
*Attorneys for Proposed Interveners*

                                                                                /s/Lisa M. Peters
                                                                                Lisa M. Peters