UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

|  |  |
|---|---|
| TIMOTHY A. KINNETZ as trustee of THE TIMOTHY A. KINNETZ REVOCABLE TRUST,<br><br>        Plaintiff,<br><br>vs.<br><br>BENAIAH HOLDINGS, INC., BENAIAH CAPITAL, LLC, BENAIAH DIGITAL, LP, BENAIAH DIGITAL FIXED INCOME, LP, BENJAMIN PAUL WIENER, individually; JOSHUA DEWITT, individually, and CHRISTOPHER CHARLES HMIELEWSKI, individually, BENAIAH ENTERPRISES LLC, BENAIAH MANAGEMENT COMPANY, INC., RUNWAY FOUR10 LLC, TRIPLE POINT TRADING LLC, and RONALD J. GASCA, JR., individually,<br><br>        Defendants. | Case No. 4:25-cv-04134 - CCT<br><br><br>**KUTAK ROCK LLP'S EXPEDITED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR BENAIAH DEFENDANTS** |

Kutak Rock LLP, Lisa M Peters and Thomas H. Dahlk (collectively "Kutak Rock") move

this Court for an Order permitting Kutak Rock to Withdraw as Counsel for Benaiah Holdings, Inc.,

Benaiah Capital, LLC, Benaiah Digital, LP, Benaiah Digital Fixed Income, LP, Benjamin Paul

Wiener, Christopher Charles Hmielewski, Benaiah Enterprises LLC, Benaiah Management

Company, Inc., Runway Four10 LLC, Triple Point Trading LLC, and Ronald J. Gasca, Jr

("Benaiah Defendants") for the reasons set forth in the Brief in Support of Kutak Rock's Expedited

Motion for Leave to Withdraw as Counsel for Benaiah Defendants filed contemporaneously with

this Motion.

1

4916-9233-4981

WHEREFORE, Kutak Rock requests the Court to issue an order granting its Expedited Motion for Leave to Withdraw as Counsel for Benaiah Defendants.

Dated this 2nd day of January, 2026.

Kutak Rock, LLP

By: */s/ Lisa M. Peters*
Lisa M. Peters (SD#5057)
Thomas H. Dahlk (*pro hac*)
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
Telephone:  (402) 346-6000
Facsimile:  (402) 346-1168
lisa.peters@kutakrock.com
tom.dahlk@kutakrock.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Jeremy R. Jehangiri
U.S. Attorney's Office
Jeremy.jehangiri@usdoj.gov

*Attorney for the United States*

Adam D. Zenor
Joseph R. Casey
Zenor Law Firm, PLC
adam@zenorlaw.com
joe@zenorlaw.com

*Attorneys for Plaintiff Timothy A. Kinnetz Revocable Trust*

Alexandra E. Dugan
Bradley Arant Boult Cummings LLP
adugan@bradley.com

*Attorneys for Plaintiff Timothy A. Kinnetz Revocable Trust*

Stephen C. Landon
Andrew Sumner Hurd
Cadwell Sanford Deibert & Garry, LLP
slandon@cadlaw.com
ahurd@cadlaw.com

*Attorney for Cross-Claimant Joshua Dewitt*

2

4916-9233-4981

Dennis Aanenson c/o Davenport,
Evans, Hurwitz & Smith
Attn: Mitchell A. Peterson
P.O. Box 1030
Sioux Falls, SD 57101-1030
mpeterson@dehs.com

Pepper Entertainment Inc c/o Davenport,
Evans, Hurwitz & Smith
Attn: Mitchell A. Peterson
P.O. Box 1030
Sioux Falls, SD 57101-1030
mpeterson@dehs.com

Jeffrey W. Post
Steven R. Kinsella
Bredrikson & Byron, P.A.
jpost@fredlaw.com
skinsella@fredlaw.com

*Attorneys for Receiver Lighthouse
Management Group, Inc.*

A&B Business, Inc. c/o Davenport,
Evans, Hurwitz & Smith
Attn: Mitchell A. Peterson
P.O. Box 1030
Sioux Falls, SD 57101-1030
mpeterson@dehs.com

Jered Johnson
c/o Davenport, Evans, Hurwitz & Smith
Attn: Mitchell A. Peterson
P.O. Box 1030
Sioux Falls, SD 57101-1030
mpeterson@dehs.com

Douglas R. Boettge
Stinson LLP

Edwin E. Evans
Evans Haigh & Arndt LLP
*Proposed Attorneys for Interveners*

*/s/Lisa M. Peters*
Lisa M. Peters

3

4916-9233-4981